In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00288-CV**
_____

**BRIANNA JAETZOLD, Appellant**

**V.**

**ASHLAE JAETZOLD, Appellee**

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-10-14331-CV**

### MEMORANDUM OPINION

Appellant Brianna Jaetzold filed a motion to dismiss this appeal. This motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

1

Submitted on September 23, 2020
Opinion Delivered June 24, 2021

Before Kreger, Horton and Johnson, JJ.